[Cheshire, June, 1885.]

### KENDRICK, Adm'r, v. PIERCE.

ASSUMPSIT, for money paid by a surety of the defendant. Judgment was ordered for the plaintiff, and a bill of exceptions was allowed.

*E. M. Forbes* and *Batchelder & Faulkner*, for the plaintiff.

*H. W. Brigham* and *Haskins & Stoddard*, for the defendant.

DOE, C. J. It is not claimed by either party that the bill of exceptions raises any question of law.

*Exceptions overruled.*

BLODGETT, J., did not sit : the others concurred.

---

[Grafton, June, 1885.]

### EATON & a. v. LEHAN.

*E. C. Stevens*, for the plaintiffs.

*Bingham, Mitchells & Batchellor*, for the defendant.

CARPENTER, J. This case cannot be distinguished from *Brown* v. *Latham*, 58 N. H. 30.

*Judgment for the defendant.*

SMITH, J., did not sit; the others concurred.